# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| *ex rel.* MICHAEL CAMPBELL,  ) | |
|                          ) | |
|          Plaintiff,      ) | |
|                          ) | |
|          v.              ) | Civ. No.: 18-0001 (CKK) |
|                          ) | |
| CISCO SYSTEMS, INC.,     ) | |
|                          ) | |
|          Defendant.      ) | |

## ORDER

Upon consideration of the United States' Notice of Election to Decline Intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and for good cause shown, it is hereby

**ORDERED** that the complaint be unsealed and served upon the defendant by the relator. It is further

**ORDERED** that all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the Defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendant only after service of the complaint, and that the seal be lifted as to all other matters occurring in this action after the date of this Order.  It is further

**ORDERED** that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), that the parties shall serve all notices of appeal upon the United States, and that all orders of this Court shall be sent to the United States.  The United States may order any

deposition transcripts and is entitled to intervene in this action, for good cause, at any time.  It is further

**ORDERED** that, should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court shall solicit the written consent of the United States before ruling or granting its approval. It is further

**ORDERED** that Plaintiff shall file a Notice indicating how he intends to proceed by no later than **AUGUST 17, 2020**.

**SO ORDERED** this July 13, 2020

/S/
_____
UNITED STATES DISTRICT JUDGE

Copies to:

John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
John.Truong@usdoj.gov
Counsel for the United States

Lynne Bernabei
Bernabei & Kabat, PLLC
1400 16th Street, N.W., Suite 500
Washington, D.C. 20036

Frederick M. Morgan, Jr.
Massachusetts Bar No. 647170
Morgan Verkamp LLC
35 East 7th Street, Suite 600
Cincinnati, Ohio 452O2
Counsel for Relator Michael Campbell